# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Patrick Eugene Leath,

\* From the 29th District
Court of Palo Pinto County,
Trial Court No. 14838.

Vs. No. 11-13-00072-CR

\* May 16, 2013

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.